FILED
2011 Jul-18 PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STEPHANAE PRUDE,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.,<br>SOUTHERN CARRIERS & RECOVERY,<br>LLC, PATRICK K. WILLIS COMPANY,<br>INC., and DANIEL CASTLEBERRY,<br><br>Defendants. | ]<br>]<br>]<br>]<br>]<br>]  7:10-cv-01014-LSC<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## ORDER

The Court has been advised by Plaintiff's counsel that the above-entitled cause has been settled. Therefore, this cause is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within 60 days from the date of this order. Costs are taxed as paid.

Done this 18th day of July 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
159890